IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GEORGE LYONS,**

    **Plaintiff,**

vs.                                  **CASE NO. 5:10-cv-298/RS/CJK**

**JACKSON CORRECTION INST., et al.,**

    **Defendants.**
_____ /

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 8) and Plaintiff's Objections (Doc. 9). I have considered the objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

**ORDERED** on July 27, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**